1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| FRACTIONAL VILLAS, INC.,              | CASE NO. 08cv2076 JM(AJB) |
|---------------------------------------|----------------------------|
| Plaintiff,                            | ORDER GRANTING JOINT MOTION TO FILE FIRST AMENDED COMPLIANT |
| vs.                                   |                            |
| WINDSOR CAPITAL MORTGAGE CORP.,       |                            |
| Defendant.                            |                            |

For good cause shown, the court grants the parties' joint motion for leave to file a First Amended Complaint.

**IT IS SO ORDERED.**

DATED: August 6, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:     All parties