LAW OFFICES OF HENRY HARMELING IV, APC
402 W. Broadway, Suite 1760
San Diego, California 92101
Telephone: (619) 814-3505
Facsimile: (858) 408-2405

# UNITED STATES DISTRICT COURT,
## SOUTHERN DISTRICT OF CALIFORNIA

FRACTIONAL VILLAS, INC., a California corporation,

Plaintiff,

v.

WINDSOR CAPITAL MORTGAGE CORP., a California corporation; LINDA M. TEMKO, an individual; RANDY ERICKSON, an individual; and DOES 1-25,

Defendants.

Case Number:    08-CV-2076 JM AJB

Dept.:          16
Judge:          Hon. Jeffrey T. Miller

**ORDER ON JOINT MOTION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S FOURTH AND FIFTH CAUSES OF ACTION**

Having considered the Joint Motion for Dismissal With Prejudice As To Plaintiff's fourth cause of action (Federal Unfair Competition Violations) and fifth cause of action (California State Unfair Competition Violations) as set forth in the operative first amended complaint, and good cause appearing,

**IT IS ORDERED THAT** the Plaintiff's fourth and fifth causes of action, as set forth in the operative first amended complaint, are dismissed with prejudice.

DATED:  November 13, 2009

Hon. Jeffrey T. Miller
United States District Judge

1