FILED
2009 NOV 30  AM 10: 58
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern District of California

FRACTIONAL VILLAS, INC.
                    Plaintiff(s),
        V.
WINDSOR CAPITAL MORTGAGE CORP., et al.
                    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 08-CV-2076 JM AJB

Notice is hereby given that, subject to approval by the court, __Fractional Villas, Inc.__ substitutes
(Party (s) Name)

__James D. Menke__, State Bar No. __190738__ as counsel of record in
(Name of New Attorney)

place of __Henry Harmeling IV__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:    Menke & Menke, LLP
Address:      3161 Michelson Drive, Suite 1500, Irvine, CA 92612-4414
Telephone:    (949) 223-7280           Facsimile (949) 606-7284
E-Mail (Optional): jmenke@menke-menke.com

I consent to the above substitution.
Date:    11/9/2009

Fractional Villas, Inc.
By: _____
    (Signature of Party (s))

I consent to being substituted.
Date:    11/9/2009

_____
(Signature of Former Attorney (s))

I consent to the above substitution.
Date:    11/9/2009

Menke & Menke, LLP
By: _____
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    11/24/09

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]