UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRACTIONAL VILLAS, INC., a California corporation<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>WINDSOR CAPITAL MORTGAGE CORPORATION, a California corporation; LINDA M. TEMKO, an individual; RANDY ERICKSON, an individual; and DOES 1-25,<br><br>　　　　　Defendants. | Case No.: 08-CV-2076 JM AJB<br><br>Assigned to Judge Jeffrey T. Miller<br><br>**ORDER RE TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Complaint Filed:  November 12, 2008 |

Counsel for Plaintiff Fractional Villas, Inc. and Defendant Linda Temko, respectively, having jointly moved for an order setting the time for Defendant Linda Temko to Respond to the First Amended Complaint in this action and the court having found good cause therefore,

**IT IS HEREBY ORDERED** that the date by which Defendant Linda Temko is to file a response to the First Amended Complaint is January 5, 2010.

Dated: December 15, 2009

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　United States District Judge